UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43189
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust

Order Filed on December 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL CAPADONA
DAWN CAPADONA

Case No.: 15-24938

Adv. No.:

Hearing Date: 12-13-16

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 29, 2016**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Michael and Dawn Capadona**
**15-24938(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust, with the appearance of Warren Brumel, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Motor Finance is the servicer for Hyundai Lease Titling Trust owner and lessor of a 2014 Kia Forte bearing vehicle identification number KNAFX6A82E5218879 (hereinafter the "vehicle").

2. The debtor shall make all lease payments to Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust when due, being the 24th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtor shall pay to Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust through the plan, a counsel fee of $526 which shall be paid by the trustee as an administrative priority expense.