UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43189
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust

**Order Filed on December 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL CAPADONA
DAWN CAPADONA

Case No.: 15-24938

Adv. No.:

Hearing Date: 12-13-16

Judge:  MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Michael and Dawn Capadona**
**15-24938(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust, with the appearance of Warren Brumel, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Hyundai Motor Finance is the servicer for Hyundai Lease Titling Trust owner and lessor of a 2014 Kia Forte bearing vehicle identification number KNAFX6A82E5218879 (hereinafter the "vehicle").

2. The debtor shall make all lease payments to Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust when due, being the 24th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtor shall pay to Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust through the plan, a counsel fee of $526 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael P Capadona  
Dawn E Capadona  
    Debtors

Case No. 15-24938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 29, 2016  
                  Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.  
db         #+Michael P Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707  
jdb        +Dawn E Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,  
       bkgroup@kmllawgroup.com  
       John R. Morton, Jr.     on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Joshua I. Goldman     on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Marlena   Miller     on behalf of Creditor    Anchorage Harbor Association, Inc.  
       mdiaz-Cobo@theassociationlawyers.com  
       Warren   Brumel     on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com,  
       BrumelLawECF@gmail.com  
       Warren   Brumel     on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com,  
       BrumelLawECF@gmail.com  
                                                                                                                                                                                        TOTAL: 8