UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Michael P Capadona
Dawn E Capadona

Debtor(s)

**Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-24938 / MBK

Hearing Date: 01/10/2017

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: January 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $8,000.00 paid to date

- Debtor(s) shall remit a lump sum payment of $550.00 to the Trustee by 1/31/2017

- Debtor(s) shall remit $895.00 per month to the Trustee for 43 months beginning 2/1/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:
Michael P Capadona
Dawn E Capadona
    Debtors

Case No. 15-24938-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 12, 2017
                     Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db      #+Michael P Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707
jdb      +Dawn E Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
         Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marlena    Miller    on behalf of Creditor    Anchorage Harbor Association, Inc. mdiaz-Cobo@theassociationlawyers.com
         Warren    Brumel    on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com, BrumelLawECF@gmail.com
         Warren    Brumel    on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com, BrumelLawECF@gmail.com
         TOTAL: 8