UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. WB3626
Attorney for Debtor(s)
PO Box 181
Keyport, NJ 07735
732-264-3400
wbrumel@keyportlaw.com

In Re:

DAWN E. CAPADONA
MICHAEL P. CAPADONA

Case No.: __15-24938__

Judge: __MBK__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____M & T Bank_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ ____5,562.00____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/24/2017                                  /s/ Michael Capadona
                                                  Debtor's Signature

Date: _____                             _____
                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

### View Payments and Bills

| Name | Account | Amount | Pay Date | Status | Action |
|---|---|---|---|---|---|
| M&T Bank | XXXXXX8035 | $2761.00 | 10/17/2017 ✗ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 09/18/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 08/30/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 07/05/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 06/06/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2785.00 | 04/28/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 03/14/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2781.00 | 02/02/2017 ✓ | Paid | View Detail |
| M&T Bank | XXXXXX8035 | $2761.00 | 01/24/2017 ✓ | Paid | View Detail |
| MORTGAGE | XXXXXX8035 | $2781.00 | 01/06/2017 ✗ | Paid | View Detail |
| MORTGAGE | XXXXXX8035 | $2781.00 | 11/23/2016 ✓ | Paid | View Detail |