Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–24938–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael P Capadona
21 Indian Creek Road
Matawan, NJ 07747

Dawn E Capadona
aka Dawn E. Tronio–Capadona
21 Indian Creek Road
Matawan, NJ 07747

Social Security No.:
xxx–xx–5153

xxx–xx–4748

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/21/17 at 10:00 AM

to consider and act upon the following:

*48* – Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 21 Indiancreek Road Old, Matawan NJ 07747. Fee Amount &#036 176. filed by Creditor M&T Bank, 28 Opposition filed by Debtor Michael P Capadona, Joint Debtor Dawn E Capadona, 29 Status Change Form filed by Creditor M&T Bank, 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 11/2/2017. (Attachments: # 1 Exhibit A – Court Approved Stipulation # 2 Exhibit B – Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/25/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court