Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−24938−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael P Capadona
21 Indian Creek Road
Matawan, NJ 07747

Dawn E Capadona
aka Dawn E. Tronio−Capadona
21 Indian Creek Road
Matawan, NJ 07747

Social Security No.:
    xxx−xx−5153                                        xxx−xx−4748

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/21/17 at 10:00 AM

to consider and act upon the following:

*48* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 21 Indiancreek Road Old, Matawan NJ 07747. Fee Amount &#036 176. filed by Creditor M&T Bank, 28 Opposition filed by Debtor Michael P Capadona, Joint Debtor Dawn E Capadona, 29 Status Change Form filed by Creditor M&T Bank, 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 11/2/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B − Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/25/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Michael P Capadona  
Dawn E Capadona  
      Debtors

Case No. 15-24938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 25, 2017  
                         Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.  
db          #+Michael P Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707  
jdb          +Dawn E Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
         Albert  Russo   docs@russotrustee.com
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marlena  Miller    on behalf of Creditor    Anchorage Harbor Association, Inc. mdiaz-Cobo@theassociationlawyers.com
         Warren  Brumel    on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
         Warren  Brumel    on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                  TOTAL: 8