UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Capadona and Dawn E. Capadona

Case No.: 15-24938

Hearing Date: 3/14/2018 at 10:00 a.m.

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that __Denise Carlon__ was directed to file:

#48 Order to be submitted_____ and that the document has not been filed, it is hereby

ORDERED that __Denise Carlon__ shall show cause on __March 14, 2018__ at __10:00 a.m.__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan__ why the:

☒ motion should not be denied,

❏ pleading should not be stricken.

*new 9/10/07*