UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Capadona and Dawn E. Capadona

Case No.: 15-24938

Hearing Date: 3/14/2018 at 10:00 a.m.

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that ___Denise Carlon___ was directed to file:

#48 Order to be submitted_____ and that the document has not been filed, it is hereby

ORDERED that ___Denise Carlon___ shall show cause on ___March 14, 2018___ at ___10:00 a.m.___ in the United States Bankruptcy Court, ___402 East State Street, Trenton___, New Jersey, Courtroom number ___8___, before the Honorable ___Michael B. Kaplan___ why the:

- ☒ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*

United States Bankruptcy Court
District of New Jersey

In re:
Michael P Capadona
Dawn E Capadona
    Debtors

Case No. 15-24938-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Feb 20, 2018
                      Form ID: pdf903   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db           #+Michael P Capadona,   21 Indian Creek Road,   Matawan, NJ 07747-3707
jdb          +Dawn E Capadona,   21 Indian Creek Road,   Matawan, NJ 07747-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Joshua I. Goldman   on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marlena   Miller   on behalf of Creditor   Anchorage Harbor Association, Inc. mdiaz-Cobo@theassociationlawyers.com
        Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
        Warren   Brumel   on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
        Warren   Brumel   on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
                          TOTAL: 9