UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

WARREN BRUMEL, ESQ
PO BOX 181
KEYPORT, NJ 07735-0181
Attorney for Debtor(s)



Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Michael P Capadona
Dawn E Capadona

Debtor(s)

Case No.: 15-24938
Chapter   13
Judge:    Michael B. Kaplan

## CONSENT ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

   - $21,980.00 paid to date (32 month[s])
   - $895.00 for 1 month[s] beginning 5/1/18
   - $1308.00 for 27 month[s] beginning 6/1/18

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
WARREN BRUMEL, ESQ
Attorney for Debtor(s)