UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

WARREN BRUMEL, ESQ
PO BOX 181
KEYPORT, NJ 07735-0181
Attorney for Debtor(s)

Order Filed on May 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Michael P Capadona
Dawn E Capadona

Debtor(s)

Case No.: 15-24938
Chapter   13
Judge:    Michael B. Kaplan

## CONSENT ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $21,980.00 paid to date (32 month[s])
    - $895.00 for 1 month[s] beginning 5/1/18
    - $1308.00 for 27 month[s] beginning 6/1/18

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
WARREN BRUMEL, ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Michael P Capadona  
Dawn E Capadona  
    Debtors

Case No. 15-24938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 16, 2018  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.  
db          #+Michael P Capadona,   21 Indian Creek Road,   Matawan, NJ 07747-3707  
jdb         +Dawn E Capadona,   21 Indian Creek Road,   Matawan, NJ 07747-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,  
        bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease  
        Titling Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Marlena    Miller    on behalf of Creditor    Anchorage Harbor Association, Inc.  
        mdiaz-Cobo@theassociationlawyers.com  
       Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com  
       Warren    Brumel    on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com,  
        brumellawecf@gmail.com  
       Warren    Brumel    on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com,  
        brumellawecf@gmail.com  
                                                                                                TOTAL: 9