UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Debtors
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Capadona
Dawn E. Capadona

| | |
|---|---|
| Case No.: | 15-24938 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 30, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ _____250.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____250.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael P Capadona  
Dawn E Capadona  
    Debtors

Case No. 15-24938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: May 31, 2018  
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
```
db             #+Michael P Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707
jdb             +Dawn E Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena   Miller    on behalf of Creditor    Anchorage Harbor Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Warren   Brumel    on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren   Brumel    on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 9
```