Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 15−24938−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael P Capadona                       Dawn E Capadona
   21 Indian Creek Road                  aka Dawn E. Tronio−Capadona
   Matawan, NJ 07747                    21 Indian Creek Road
                                         Matawan, NJ 07747

Social Security No.:
   xxx−xx−5153                              xxx−xx−4748

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/25/18
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 20, 2018
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-24938-MBK
Michael P Capadona                                              Chapter 13
Dawn E Capadona
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2              Date Rcvd: Aug 20, 2018
                              Form ID: 132           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
```
db              #+Michael P Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707
jdb              +Dawn E Capadona,    21 Indian Creek Road,    Matawan, NJ 07747-3707
cr               Anchorage Harbor Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                  New Brunswick, NJ  08903-1111
515669322       +Anchorage Harbor,    McGovern Legal Services,    PO Box 1111,    New Brunswick, NJ 08903-1111
515669323        Barclay Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
515669327        Essex County Credit Union,    Hall of Records,    Room 221,    Newark, NJ 07102
515699785       +Essex Cty. Employ. Federal C.U.,    465 MLK Blvd., Rm. 221, Hall of Records,
                  Newark, NJ 07102-1705
515669328        First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
515812467       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
515857180       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
515669334        Kia Motors Finance (Forte 236),    Att: Bankruptcy Dept,    PO Box 20809,
                  Fountain Valley, CA 92728-0809
515669335        Kia Motors Finance (Sorento),    Att: Bankruptcy Dept,    PO Box 20825,
                  Fountain Valley, CA 92728-0825
515669336        Kia Motors Finance 7956,    Att: Bankruptcy Dept,    PO Box 20809,
                  Fountain Valley, CA 92728-0809
515669337       +M&T Bank dba M&T Mortgage Corp,    1100 Wehrle Drive,    Buffalo, NY 14221-7748
515669340       +Secy of Housing & Urban Dev,    451 Seventh St SW,    Washington, DC 20410-0002
515669341       +Sprint,    Att: Allied Interstate,    7525 West Campus Road,    New Albany, OH 43054-1121
515669343       +True Green,    PO Box 78611,    Phoenix, AZ 85062-8611
515689987       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 20 2018 23:42:23
                  Hyundai Motor Finance, servicer for Hyundai Lease,    P.O. Box 20829,
                  Fountain Valley, CA 92728-0829
515861583       +E-mail/Text: bncmail@w-legal.com Aug 20 2018 23:41:33      CERASTES, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515851945       +E-mail/Text: bncmail@w-legal.com Aug 20 2018 23:41:33      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                  C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515669324        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2018 23:45:51      Capital One,
                  Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
515669325       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2018 23:46:13      Capital One Bank,
                  PO Box 71083,    Charlotte, NC 28272-1083
515758327        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2018 23:45:51
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515669326       +E-mail/Text: mrdiscen@discover.com Aug 20 2018 23:39:37      Discover Bank,    PO Box 6103,
                  Carol Stream, IL 60197-6103
515683222        E-mail/Text: mrdiscen@discover.com Aug 20 2018 23:39:37      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515669329       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 20 2018 23:42:12      Harley Davidson Credit,
                  PO Box 21829,    Att: Bankruptcy Dept,    Carson City, NV 89721-1829
515669332        E-mail/Text: cio.bncmail@irs.gov Aug 20 2018 23:40:30      Internal Revenue Service,
                  ACS Support,    PO Box 8208,    Philadelphia, PA 19101-8208
515710448        E-mail/Text: camanagement@mtb.com Aug 20 2018 23:40:50      M&T BANK,    PO BOX 1288,
                  Buffalo, NY 14240
515669338       +E-mail/Text: bkr@cardworks.com Aug 20 2018 23:39:24      Merrick Bank,    PO Box 660702,
                  Dallas, TX 75266-0702
515871346        E-mail/Text: bkr@cardworks.com Aug 20 2018 23:39:24      Merrick Bank,
                  c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515788592       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2018 23:41:19      Midland Credit Management, Inc.,
                  as agent for  MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
515669339       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:46:07      Pay Pal,    GE Money Bank,
                  Att: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
515859699       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2018 23:41:40      Premier Bank, LLC,
                  c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
515669342        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:25      Synchrony Bank,
                  Att: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 20, 2018
                              Form ID: 132             Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515963738*       +Harley-Davidson Credit Corp.,    P.O. Box 9013,    Addison, Texas 75001-9013
516582509*       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
515669333*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    Cincinnati, OH 45999-0030)
515693259*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515669330*        Internal Revenue Service,    Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
515669331*        Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena  Miller    on behalf of Creditor    Anchorage Harbor Association, Inc.
               collections@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              Warren  Brumel    on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren  Brumel    on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 9
```