**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael P Capadona<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5153<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dawn E Capadona<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4748<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–24938–MBK

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael P Capadona                    Dawn E Capadona
                                      aka Dawn E. Tronio–Capadona

<u>1/11/21</u>                         **By the court:** <u>Michael B. Kaplan</u>
                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael P Capadona  
Dawn E Capadona  
    Debtors

Case No. 15-24938-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 11, 2021      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael P Capadona, 4 Ironwood Street, Balston Lake, NY 12019-1735 |
| jdb | + | Dawn E Capadona, 21 Indian Creek Road, Matawan, NJ 07747-3707 |
| cr |  | Anchorage Harbor Association, Inc., c/o McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |
| 515669322 | + | Anchorage Harbor, McGovern Legal Services, PO Box 1111, New Brunswick, NJ 08903-1111 |
| 515669327 |  | Essex County Credit Union, Hall of Records, Room 221, Newark, NJ 07102 |
| 515699785 | + | Essex Cty. Employ. Federal C.U., 465 MLK Blvd., Rm. 221, Hall of Records, Newark, NJ 07102-1705 |
| 515812467 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 515857180 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 515669334 |  | Kia Motors Finance (Forte 236), Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 515669335 |  | Kia Motors Finance (Sorento), Att: Bankruptcy Dept, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 515669336 |  | Kia Motors Finance 7956, Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 515669337 | + | M&T Bank dba M&T Mortgage Corp, 1100 Wehrle Drive, Buffalo, NY 14221-7748 |
| 515669340 | + | Secy of Housing & Urban Dev, 451 Seventh St SW, Washington, DC 20410-0002 |
| 515669341 | + | Sprint, Att: Allied Interstate, 7525 West Campus Road, New Albany, OH 43054-1121 |
| 515669343 | + | True Green, PO Box 78611, Phoenix, AZ 85062-8611 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: HY11.COM | Jan 12 2021 02:03:00 | Hyundai Motor Finance, servicer for Hyundai Lease, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 515669323 | | EDI: TSYS2.COM | Jan 12 2021 02:03:00 | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 515861583 | + | Email/Text: bncmail@w-legal.com | Jan 11 2021 21:43:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515851945 | + | EDI: WFNNB.COM | Jan 12 2021 02:03:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515669324 | | EDI: CAPITALONE.COM | Jan 12 2021 02:03:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515669325 | + | EDI: CAPITALONE.COM | Jan 12 2021 02:03:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 515758327 | | EDI: CAPITALONE.COM | Jan 12 2021 02:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515669326 | + | EDI: DISCOVER.COM | Jan 12 2021 02:03:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 515683222 | | EDI: DISCOVER.COM | Jan 12 2021 02:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519049802 | + | EDI: AISACG.COM | Jan 12 2021 02:03:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 515669328 | | EDI: AMINFOFP.COM | Jan 12 2021 02:03:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 515669329 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 11 2021 21:43:00 | Harley Davidson Credit, PO Box 21829, Att: Bankruptcy Dept, Carson City, NV 89721-1829 |
| 517794309 | | EDI: IRS.COM | Jan 12 2021 02:03:00 | IRS, POB 7346, Phialdelphia, PA 19101-7346 |
| 515710448 | | Email/Text: camanagement@mtb.com | Jan 11 2021 21:42:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 515669338 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2021 21:34:50 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 515871346 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2021 21:34:50 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 515788592 | + | EDI: MID8.COM | Jan 12 2021 02:03:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515669339 | + | EDI: RMSC.COM | Jan 12 2021 02:03:00 | Pay Pal, GE Money Bank, Att: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 515859699 | + | EDI: JEFFERSONCAP.COM | Jan 12 2021 02:03:00 | Premier Bank, LLC, c o Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 518133952 | + | Email/Text: bncmail@w-legal.com | Jan 11 2021 21:43:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133953 | + | Email/Text: bncmail@w-legal.com | Jan 11 2021 21:43:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515669342 | | EDI: RMSC.COM | Jan 12 2021 02:03:00 | Synchrony Bank, Att: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 515689987 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 11 2021 21:37:26 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515963738 | *+ | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, Texas 75001-9013 |
| 516582509 | *+ | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 515669333 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 515693259 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515669331 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515669330 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |
| 515669332 | * | Internal Revenue Service, ACS Support, PO Box 8208, Philadelphia, PA 19101-8208 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: 3180W | Total Noticed: 40 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bankruptcynotice@zuckergoldberg.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Hyundai Motor Finance servicer for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joshua I. Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marlena Miller | on behalf of Creditor Anchorage Harbor Association Inc. collections@theassociationlawyers.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| Warren Brumel | on behalf of Debtor Michael P Capadona wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Dawn E Capadona wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 10